January 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TEXAS CYPRESS CREEK HOSPITAL, L.P. D/B/A CYPRESS CREEK
HOSPITAL, Appellant

NO. 14-12-00415-CV                                    V.

MYRA ANDERSON, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on October 28, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.